IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MARSHALL PETTY, # B-133277,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 13-cv-792-GPM |
| | ) | |
| **ILLINOIS DEPARTMENT** | ) | |
| **OF CORRECTIONS,** | ) | |
| **SALVADOR GODINEZ,** | ) | |
| **MARC HODGE, DR. PHIL MARTIN,** | ) | |
| **LORI CUNNINGHAM,** | ) | |
| **and DR. JOHN COE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter is before the Court for case management.  Previously, the Court conducted a merits review of Plaintiff's claims pursuant to 28 U.S.C. § 1915A (Doc. 10).  As a result, the Court dismissed one Defendant—Wexford Health Sources, Inc.—from the action, and set Plaintiff's motion for preliminary injunction/temporary restraining order ("TRO") (Doc. 4) for hearing.  The Court conducted an evidentiary hearing on that motion for preliminary injunction/TRO on September 10, 2013.  The motion was denied (Doc. 31).

As the Defendants have been served and the motion for injunctive relief has been disposed of, the case shall now be referred to United States Magistrate Judge Donald G. Wilkerson for further consideration of Plaintiff's claims.

### Pending Motions

The following motions shall be referred to Judge Wilkerson for disposition:  Plaintiff's motion for recruitment of counsel (Doc. 3); the motion for protective order (Doc. 28) filed by

Defendants Coe and Cunningham; and the motion for extension of time filed by Defendants Hodge and Martin (Doc. 32).

**Disposition**

Pursuant to Local Rule 72.1(a)(2), this action is **REFERRED** to United States Magistrate Judge **Donald G. Wilkerson** for further pre-trial proceedings.

Further, this entire matter shall be **REFERRED** to United States Magistrate Judge Wilkerson for disposition, pursuant to Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *if all parties consent to such a referral.*

**IT IS SO ORDERED.**

DATED:  September 11, 2013

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge