IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARSHALL PETTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.3:13-cv-792-MJR-DGW |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, SALVADOR GODINEZ, MARC HODGE, PHIL MARTIN, LORI CUNNINGHAM, and JOHN DOE, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are a number of Motions (Docs. 66, 67, 68, 69, 70, and 71) filed by Plaintiff, Marshall Petty on December 23, 2013 and January 13, 2014, respectively.  The Motions are **DENIED WITHOUT PREJUDICE**.

Plaintiff has filed two "Motion to Notify the Courts" (Docs. 66 and 69) in which Plaintiff states that his legal mail is being opened, that he has not received responses to grievances, and that he suffers from seizures and wears a leg brace.  These Motions do not appear to seek any relief.

Plaintiff also has filed two "Amended Motion Against Defendants Due to Negligence and Deliberate Indifference" (Docs. 67 and 70) in which he relays information regarding a medical visit on December 13, 2013.  Again, the Motions do not appear to seek any relief.

The final two Motions, entitled "Motion to Respond to Summary Judgment" (Docs. 68 and 71), are responses to the two pending Motions for Summary Judgment and will be considered as such.  The Clerk is **DIRECTED** to refile the two documents (and the exhibits thereto) as responses to the Motions for Summary Judgment (Docs. 52 and 60).  Plaintiff is reminded that a

hearing on the issue of exhaustion will take place on January 29, 2014.  He should be prepared to discuss what steps he has taken to exhaust his administrative remedies with respect to the claims in this case.

**IT IS SO ORDERED.**

**DATED: January 15, 2014**

>                       **DONALD G. WILKERSON**
>                       **United States Magistrate Judge**